IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



PATRICIA N. WILLIS,                    )
                                       )
        Plaintiff,                     )
                                       )         CIVIL ACTION NO.
v.                                     )         02-AR-3137-S
                                       )
READY MIX U.S.A.,INC.,                 )
                                       )
        Defendant.                     )

ENTERED

MAY 17 2004

### MEMORANDUM OPINION

Defendant, Ready Mix U.S.A., Inc. ("Ready Mix"), has moved for
an order requiring plaintiff, Patricia Willis ("Willis"), to file
a bond pursuant to Rule 7, Federal Rules of Appellate Procedure.
The motion was orally argued on May 14, 2004.  Ready Mix argued
that Willis's appeal is frivolous and devoid of merit and
therefore, that a Rule 7 bond should include anticipated attorney's
fees for an assuredly successful defense of plaintiff's appeal.
The court respectfully disagrees with defendant's analysis and
understanding of *Pedraza v. United Guaranty Corp.*, 313 F. 3d 1323
(11th Cir. 2002).  In a case like this one, which involves a fee
shifting statute, *Pedraza* requires the fixing of a bond that
includes anticipated attorney's fees for the appellee as part of
the costs of defending the appeal, if successful, without regard to
whether the appeal had colorable merit in the first place.  This
issue is not before the Eleventh Circuit in another case, *Joseph
Young, et al. v. New Process Steel, LP*, No. 03-16101-J and No. 04-
11554.

Because unnecessary to the decision, the court declines to find that Willis's appeal is totally devoid of merit, but nevertheless will grant Ready Mix's motion pursuant to Rule 7, F.R.A.P. There is no quarrel by Willis with the amount of the bond suggested by Ready Mix. Therefore, a bond in the amount of $11,000.00, representing the necessary anticipated costs of defending the appeal, will be fixed by separate order.

DONE this __17th__ day of May, 2004.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2